AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

THURMAN HANKINS,

    Plaintiff,

V.

REX R. REED, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-cv-623-ECR-VPC**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XX** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that this Civil Rights Action is **DISMISSED** without prejudice for failure to state a claim upon which relief can be granted.

Lance S. Wilson

Clerk

*/s/ Lance S. Wilson*

JULY 14, 2010

Date